KILLIAN, Appellant, v. HEINZERLING, Respondent. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Agnes E. Killian against Katherine E. Heinzerling, as administratrix. E. Miehling, for appellant. J. E. Donnelly, for respondent. PER CURIAM. Judgment affirmed, with costs. Order filed. See 99 N. Y. Supp. 1036.

HOUGHTON, J., votes to modify the judgment by inserting a provision that the title to the four bonds of the Metropolitan Street

Railway Company was not involved in the issues of the action, and, as so modified, to affirm.

KIRNAN, Appellant, v. NEW YORK & O. RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by Edwin Kirnan against the New York & Ottawa Railway Company. No opinion. Judgment unanimously affirmed, with costs.